UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08CR1137-L |
| | ) | 08mj8267 |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Eustolio Encinas-Armento, et al | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Eduardo Mendez-Hernandez
06168298
883645

DATED: 4/10/08

RECEIVED _____ DUSM

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by  F. Flores

Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082